# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL HOGSETT,            ) | |
| )                          | |
| Plaintiff,                 ) | |
| )                          | |
| -vs-                       ) | NO. 08-502-CJP |
| )                          | |
| MICHAEL J. ASTRUE,         ) | |
| Commissioner of Social Security, ) | |
| )                          | |
| Defendant.                 ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 28, 2009 (Doc. 22), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: September 28, 2009

**JUSTINE FLANAGAN, ACTING CLERK**

BY: S/ Angela M. Vehlewald
       **Deputy Clerk**

**Approved by** S/ Clifford J. Proud
          **United States Magistrate Judge**
             **Clifford J. Proud**